```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                       CASE NO. 08 B 07905
    LENORA JOHNSON
                                             CHAPTER 13

                                             JUDGE: SUSAN PIERSON SONDERBY

         Debtor
    SSN XXX-XX-4746

--------------------------------------------------------------------------
                  TRUSTEE'S FINAL REPORT AND ACCOUNT
--------------------------------------------------------------------------
     The case was filed on 04/02/2008 and was confirmed 06/05/2008.

     The plan was confirmed to pay secured creditors 100% and unsecured
creditors  10.00%.

     The case was dismissed after confirmation 11/20/2008.
--------------------------------------------------------------------------
CREDITOR NAME              CLASS          CLAIM AMOUNT     INTEREST     PRINCIPAL
                                                            PAID          PAID
--------------------------------------------------------------------------
ACTION CLEANERS RESTORAT  UNSECURED       NOT FILED         .00            .00
AMERICREDIT FINANCIAL SV  UNSECURED        14421.54         .00            .00
ANCHOR REALTY             UNSECURED       NOT FILED         .00            .00
FIRST USA                 UNSECURED       NOT FILED         .00            .00
ASSET ACCEPTANCE LLC      UNSECURED          135.41         .00          13.54
ASSET ACCEPTANCE LLC      UNSECURED             .00         .00            .00
BALABAN FURNITURE         UNSECURED          673.50         .00            .00
BANKCARD USA              UNSECURED       NOT FILED         .00            .00
AT&T ILLINOIS             UNSECURED       NOT FILED         .00            .00
BUREAU OF COLLECTION REC  UNSECURED       NOT FILED         .00            .00
AT&T ILLINOIS             UNSECURED       NOT FILED         .00            .00
CAVALRY PORTFOLIO SERVIC  UNSECURED       NOT FILED         .00            .00
CBCS                      UNSECURED       NOT FILED         .00            .00
COLLECTECH SYSTEMS        UNSECURED       NOT FILED         .00            .00
COMMONWEALTH EDISON       UNSECURED          650.99         .00            .00
COMCAST/CHICAGO           UNSECURED       NOT FILED         .00            .00
CREDIT MGMT SERVICES      UNSECURED       NOT FILED         .00            .00
DAVID AND GOLDMARK        UNSECURED       NOT FILED         .00            .00
EQUINOX                   UNSECURED       NOT FILED         .00            .00
ER SOLUTIONS              UNSECURED       NOT FILED         .00            .00
PREMIER BANKCARD          UNSECURED          417.75         .00            .00
FORTE COMMUNICATIONS      UNSECURED       NOT FILED         .00            .00
HIGHLIGHTS FOR CHILDREN   UNSECURED       NOT FILED         .00            .00
IC SYSTEMS                UNSECURED       NOT FILED         .00            .00
IL DEPT OF EMPLOYMENT SE  UNSECURED       NOT FILED         .00            .00
JJ MARSHALL               UNSECURED       NOT FILED         .00            .00
LINEBARGER GOGGAN BLAIR   UNSECURED       NOT FILED         .00            .00
MCGINNIS FARMS INC        UNSECURED       NOT FILED         .00            .00
MERCY HOME FOR BOYS & GI  UNSECURED       NOT FILED         .00            .00
MICROSOFT                 UNSECURED       NOT FILED         .00            .00
SBC ILLINOIS              UNSECURED       NOT FILED         .00            .00
INGALLS MEMORIAL HOSPITA  UNSECURED       NOT FILED         .00            .00

                     PAGE  1 - CONTINUED ON NEXT PAGE
          CASE NO. 08 B 07905 LENORA JOHNSON
```

```
NAILPRO                     UNSECURED      NOT FILED            .00             .00
NAILS                       UNSECURED      NOT FILED            .00             .00
LOYOLA UNIVERSITY HEALTH    UNSECURED      NOT FILED            .00             .00
LOYOLA UNIVERSITY HEALTH    UNSECURED      NOT FILED            .00             .00
LOYOLA UNIVERSITY HEALTH    UNSECURED      NOT FILED            .00             .00
LOYOLA UNIVERSITY HEALTH    UNSECURED      NOT FILED            .00             .00
LOYOLA UNIVERSITY HEALTH    UNSECURED      NOT FILED            .00             .00
NATIONWIDE CREDIT COLLEC    UNSECURED      NOT FILED            .00             .00
NATURE SCOPE                UNSECURED      NOT FILED            .00             .00
DIRECTV INC                 UNSECURED      NOT FILED            .00             .00
NICOR GAS                   UNSECURED      NOT FILED            .00             .00
NORTHWESTERN BUSINESS CO    UNSECURED      NOT FILED            .00             .00
OSI COLLECTION SERVICES     UNSECURED      NOT FILED            .00             .00
PEOPLE PC                   UNSECURED      NOT FILED            .00             .00
RENT A CENTER               UNSECURED      NOT FILED            .00             .00
REVENUE ASSURANCE PARTNE    UNSECURED      NOT FILED            .00             .00
RISK MANAGEMENT ALTERNAT    UNSECURED      NOT FILED            .00             .00
JEFFERSON CAPITAL SYSTEM    UNSECURED         211.04            .00             .00
TRANSWORLD SYSTEMS INC      UNSECURED      NOT FILED            .00             .00
TRU GREEN CHEMLAWN          UNSECURED      NOT FILED            .00             .00
RENT A CENTER               UNSECURED      NOT FILED            .00             .00
COUNTRYWIDE HOME LOANS      CURRENT MORTG       .00             .00             .00
COUNTRYWIDE HOME LOANS      MORTGAGE ARRE  17173.30             .00             .00
DOLTON WATER DEPT           SECURED         1000.00             .00             .00
COUNTRYWIDE HOME LOANS      NOTICE ONLY    NOT FILED            .00             .00
RENT A CENTER               NOTICE ONLY    NOT FILED            .00             .00
ROBERT J SEMRAD & ASSOC     DEBTOR ATTY     3,331.50                       2,037.07
TOM VAUGHN                  TRUSTEE                                          178.31
DEBTOR REFUND               REFUND                                              .00

       Summary of Receipts and Disbursements:
   ---------------------------------------------------------------------------
                            RECEIPTS              DISBURSEMENTS
   ---------------------------------------------------------------------------
TRUSTEE                     2,228.92

PRIORITY                                                  .00
SECURED                                                   .00
UNSECURED                                               13.54
ADMINISTRATIVE                                        2,037.07
TRUSTEE COMPENSATION                                    178.31
DEBTOR REFUND                                             .00
                         ---------------        ---------------
TOTALS                      2,228.92                  2,228.92
```

Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.

Dated: 02/25/09

/s/ Tom Vaughn
_____
TOM VAUGHN
CHAPTER 13 TRUSTEE